# EXHIBIT B

**Patent Claims Analysis**

**of**

**US10721542: "Method and device for providing a main content and an extra content to a user through reference item"**

**against**

**STARZ**

# US10721542B2

United States

Inventor    Ruiz Rodriguez Ezequiel

Current Assignee Naxos Finance SA

Worldwide applications

2012  ES CN US EP KR WO

| 14/396,843 | is a National Stage Entry of | PCT/EP2012/057644 | 04/26/2012 | Published |
|---|---|---|---|---|

Total patentTerm Adjustments

0

CLAIMS

1. A method for providing a main content and an extra content to a user, said method comprising:

receiving a specific main content and metadata from a first source and displaying said specific main content on a first device, wherein said metadata and said specific main content are broadcasted together from the first source, and wherein said metadata links said specific main content with an extra content;

forwarding said metadata to a second device, wherein:

the forwarding of said metadata is executed by scanning said metadata by said second device,

the second device receives said extra content from a second source, and

said specific main content is displayed on said first device while said extra content is displayed on said second device;

wherein the extra content changes in correspondence to a change of the specific main content;

wherein the first source is different from the second source;

wherein, when the extra content is selected, the extra content does not change even if the specific main content is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed on the second device until such time as a confirmation or input is received at the second device from the first device, and

wherein the confirmation or input is initially received at a command key of the first device, which is displaying the specific main content, such that the first device's command key, when selected, provides the confirmation or input and further causes the second device to display the new extra content.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for providing a main content and an extra content to a user, said method comprising: | *STARZ has a method for providing a main content and an extra content to a user.*<br><br><br><https://support.starz.com/> © 2025<br><br>Saved **69 times** between May 8, 2023 and September 18, 2025.<br><br> |
| 1.1 | receiving a **specific main content** and **metadata** from a **first source** and displaying said specific main content on a **first device**, wherein said metadata and said specific main content are broadcasted together from the first source, and wherein said metadata links said specific main | *receiving a **specific main content** [video on "mobile device"] and **metadata** [data about video, e.g., "Ballerina"] from a **first source** [media on "mobile device"] and displaying said **specific main content** [video on "mobile device"] on a **first device** ["mobile device"], wherein said **metadata** [data about video, e.g., "Ballerina"] and said **specific main content** [video on "mobile device"] are broadcasted together from the **first source** [media on "mobile device"], and wherein said **metadata** [data about video, e.g., "Ballerina"] links said **specific main content** [video on "mobile device"] with an **extra content** [video on "connected TV"].*<br><br>***Example (STARZ):***<br>*STARZ sends both the video (for example, Ballerina) and information about that video* |

| content with an **extra content**; | *to a mobile device. The mobile device plays the video and receives the video information at the same time from the same source. That video information is what allows the mobile device to link the video being watched to the same video on a connected TV.* |
|---|---|
| | ***specific main content = video on first device***<br><br><br><br><https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025 |
| | ***metadata = data about video*** |



<https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz> © 2025

*first device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

To cast content from the STARZ app on a mobile device or from a browser:

- First, launch the STARZ application on your mobile device or go to www.starz.com and sign in to STARZ. Please note that you cannot start the cast from the Google Cast app.
- You will see the cast button 🖵 appear on the screen, which you can tap before you start watching content, or you can select the STARZ title of your choice and press play, and there will be a cast button.
- After tapping the cast button, you will see a list of available Chromecast devices on your screen currently playing the STARZ content. Tap the device you want to cast to, and it should play the STARZ content on your connected TV.
- To stop casting, tap the Cast button in the top right corner and then tap Disconnect:

<https://support.starz.com/en_us/how-do-i-cast-with-chromecast-rywMEWyo> © 2025

*first source = media on first device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*extra content = video on second device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

| 1.2 | forwarding said **metadata** to a **second device**, wherein: | *forwarding said metadata [data about video, e.g., "Ballerina"] to a second device ["connected TV"].*<br><br>*Example (STARZ):*<br>*STARZ sends the video information (for example, Ballerina) from the mobile device to a* |
| --- | --- | --- |

*connected TV.*

***metadata = data about video***



<https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz> © 2025

***second device***



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

To cast content from the STARZ app on a mobile device or from a browser:

- First, launch the STARZ application on your mobile device or go to www.starz.com and sign in to STARZ. Please note that you cannot start the cast from the Google Cast app.
- You will see the cast button 🔲 appear on the screen, which you can tap before you start watching content, or you can select the STARZ title of your choice and press play, and there will be a cast button.
- After tapping the cast button, you will see a list of available Chromecast devices on your screen currently playing the STARZ content. Tap the device you want to cast to, and it should play the STARZ content on your connected TV.
- To stop casting, tap the Cast button in the top right corner and then tap Disconnect:

<https://support.starz.com/en_us/how-do-i-cast-with-chromecast-rywMEWyo> © 2025

| 1.3 | the forwarding of said **metadata** is executed by | *the forwarding of said* **metadata** *[data about video, e.g., "Ballerina"] is executed by scanning said* **metadata** *[data about video, e.g., "Ballerina"] by said* **second device** |

| scanning said metadata by said **second device**, | *["connected TV"]*.<br><br>*Example (STARZ):*<br>*The connected TV reads or "scans" the video information (for example, Ballerina) and uses that information to receive the video.* |
|---|---|
| | *metadata = data about video*<br><br><br><https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz> © 2025 |
| | *second device* |

<table>
<tr><td></td><td></td><td>



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025
</td></tr>
<tr><td>1.4</td><td>the **second device** receives said **extra content** from a **second source**, and</td><td>

the **second device** *["connected TV"]* *receives said* **extra content** *[video on "connected TV"]* *from a* **second source***[media on "connected TV"]*.

***Example (STARZ):***
*The connected TV plays the video (Ballerina) using its own media source on the TV itself.*

---

***second device***



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025
</td></tr>
</table>

| | | |
|---|---|---|
| | | *extra content = video on second device*<br><br><br><br><https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025 |
| | | *second source = media on second device*<br><br><br><br><https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025 |
| 1.5 | said **specific main content** is displayed on said **first device** while said **extra content** is | *said **specific main content** **[video on "mobile device"]** is displayed on said **first device** **["mobile device"]** while said **extra content** **[video on "connected TV"]** is* |

| displayed on said **second device**; | displayed on said **second device** **["connected TV"].** |
|---|---|
| | **Example (STARZ):** The video plays on both devices at the same time — the mobile device shows the video on its screen, and the connected TV shows the same video on the TV screen. |
| | **specific main content = video on first device**  <https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025 |
| | **first device**  <https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices- |

092525.png> © 2025

*extra content = video on second device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*second device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

| 1.6 | wherein the **extra content** changes in correspondence to | *wherein the **extra content** **[video on "connected TV"]** changes in correspondence to* |

| a change of the **specific main content**; | a change of the **specific main content** *[video on "mobile device"]*.<br><br>**Example (STARZ):**<br>*The video on the connected TV updates automatically to match any changes made to the video on the mobile device.* |
|---|---|
| | ***extra content = video on second device***<br><br><br><[https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png](https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png)> © 2025 |
| | ***specific main content = video on first device***<br><br><br><[https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-](https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-) |

| | | |
|---|---|---|
| | | 092525.png> © 2025 |
| 1.7 | wherein the **first source** is different from the **second source**; | *wherein the* **first source** *[media on "mobile device"] is different from the* **second source** *[media on "connected TV"].*<br><br>*Example (STARZ):*<br>*The content playing on the mobile device can be different from the content playing on the connected TV.* |
| | | ***first source = media on first device***<br><br><br><br><https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025 |
| | | ***second source = media on second device*** |



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

| 1.8 | wherein, when the **extra content** is selected, the extra content does not change even if the **specific main content** is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed on the **second device** until such time as a **confirmation or input** is received at the second device from the **first device**, and | *wherein, when the **extra content [video on "connected TV"]** is selected, the **extra content [video on "connected TV"]**does not change even if the **specific main content [video on "mobile device"]** is changing, and any new **extra content[video on "connected TV"]**, which correlates to the changing **specific main content [video on "mobile device"]**, is delayed from being displayed on the **second device ["connected TV"]** until such time as a **confirmation or input ["play the STARZ content on your connected TV"]** is received at the **second device ["connected TV"]** from the **first device["mobile device"]**.*<br><br>***Example (STARZ):***<br>*When the video on the connected TV is selected, it does not change even if the video on the mobile device is changing. Any new video that matches the mobile device is delayed on the connected TV until the command to "play the STARZ content on your connected TV" is sent from the mobile device.* |
| | | ***extra content = video on second device*** |



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*specific main content = video on first device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*second device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*confirmation or input*

To cast content from the STARZ app on a mobile device or from a browser:

- First, launch the STARZ application on your mobile device or go to www.starz.com and sign in to STARZ. Please note that you cannot start the cast from the Google Cast app.
- You will see the cast button appear on the screen, which you can tap before you start watching content, or you can select the STARZ title of your choice and press play, and there will be a cast button.
- After tapping the cast button, you will see a list of available Chromecast devices on your screen currently playing the STARZ content. Tap the device you want to cast to, and it should play the STARZ content on your connected TV.
- To stop casting, tap the Cast button in the top right corner and then tap Disconnect:

<https://support.starz.com/en_us/how-do-i-cast-with-chromecast-rywMEWyo> © 2025

*first device*

<table>
<tr><td></td><td></td><td>



&lt;https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png&gt; © 2025

</td></tr>
<tr><td>1.9</td><td>

wherein the **confirmation or input** is initially received at a **command key** of the first device, which is displaying the **specific main content**, such that the **first device**'s command key, when selected, provides the confirmation or input and further causes the **second device** to display the new **extra content**.

</td><td>

*wherein the **confirmation or input** **["play the STARZ content on your connected TV"]** is initially received at a **command key** **["casting icon"]** of the **first device** **["mobile device"]**, which is displaying the **specific main content** **[video on "mobile device"]**, such that the **first device** **["mobile device"]**'s **command key** **["casting icon"]**, when selected, provides the **confirmation or input** **["play the STARZ content on your connected TV"]** and further causes the **second device** **["connected TV"]** to display the new **extra content** **[video on "connected TV"]**.*

***Example (STARZ):***
*The command to "play the STARZ content on your connected TV" is first received when the user taps the casting icon on the mobile device, which is displaying the video. Tapping this icon sends the command and causes the connected TV to start displaying the new video.*

*confirmation or input*

</td></tr>
</table>

To cast content from the STARZ app on a mobile device or from a browser:

- First, launch the STARZ application on your mobile device or go to www.starz.com and sign in to STARZ. Please note that you cannot start the cast from the Google Cast app.
- You will see the cast button 🖵 appear on the screen, which you can tap before you start watching content, or you can select the STARZ title of your choice and press play, and there will be a cast button.
- After tapping the cast button, you will see a list of available Chromecast devices on your screen currently playing the STARZ content. Tap the device you want to cast to, and it should play the STARZ content on your connected TV.
- To stop casting, tap the Cast button in the top right corner and then tap Disconnect:

<[https://support.starz.com/en_us/how-do-i-cast-with-chromecast-rywMEWyo](https://support.starz.com/en_us/how-do-i-cast-with-chromecast-rywMEWyo)> © 2025

*command key*

If you are casting from a mobile device to a TV, you can stop casting by tapping the video screen on your mobile device and then tapping the casting icon (in red):



<[https://support.starz.com/en_us/how-do-i-stop-casting-with-chromecast-SJUDz4ZJs](https://support.starz.com/en_us/how-do-i-stop-casting-with-chromecast-SJUDz4ZJs)> © 2025

*specific main content = video on first device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*first device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*second device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

*extra content = video on second device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

- *PRODUCT/SERVICE = "STARZ"*

- *first device = "mobile device"*
- *second device = "connected TV"*
- *first source = media on "mobile device"*
- *second source = media on "connected TV"*
- *specific main content = video on "mobile device"*

|  |  | <ul><li>*extra content = video on "connected TV"*</li><li>*metadata = data about video, e.g., "Ballerina"*</li><li>*confirmation or input = "play the STARZ content on your connected TV"*</li><li>*command key = "casting icon"*</li><li></li><li>*look-up table = SEE IMAGE, "OTHERS WATCHED"*</li><li>*memory = "Who's Watching?"*</li></ul> |

CLAIMS

3. The method according to claim 1, wherein the first device provides a look-up table containing identifiers of a plurality of first sources and corresponding plurality of metadata.

4. The method according to claim 3, wherein the look-up table is retrieved by tracking a look-up table path stored on said first device.

6. The method according to claim 3, wherein the second device is a remote control, which comprises an actuating element to initiate said tracking.

9. The method according to claim 1, further comprising:

memorizing the metadata as a present metadata via a memory, whereby said memory enables scrolling through previous metadata that have already been memorized by the memory before the present metadata was memorized.

10. The method according to claim 1, wherein:

the metadata is retrieved by the first device while following an indication contained in a primary metadata;

said primary metadata comprises information to retrieve further metadata or extra contents; and

said primary metadata is stored in a memory on said first device, or is retrieved during a first usage of the first device.

| Row | Claim Element | Contention |
|---|---|---|
| 3.1 | 3. The method according to claim 1, wherein the **first device** provides a **look-up table** containing identifiers of a plurality of **first sources** and corresponding plurality of **metadata**. | *The **first device** **["mobile device"]** provides a **look-up table** **["OTHERS WATCHED"]** containing identifiers of a plurality of **first sources** **[media on "mobile device"]** and corresponding plurality of **metadata** **[data about video, e.g., "Ballerina"]** .* |
| | | *first device* <br><br> <https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025 |
| | | *look-up table* |



<https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz> © 2025

*first sources*



<[https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png](https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png)> © 2025

*metadata*



<https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz> © 2025

| 4.1 | 4. The method according to claim 3, wherein the **look-up table** is retrieved by tracking a look-up table path stored on said **first device**. | The **look-up table** is retrieved by tracking a **look-up table** **["OTHERS WATCHED"]** path stored on said **first device** **["mobile device"]**. |
| | | **look-up table** |



<[https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz](https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz)> © 2025

*first device*



<https://carousels.imgix.net/PROD/blockimgs/1758903205195_mobile-devices-092525.png> © 2025

| 6.1 | 6. The method according to claim 3, wherein the second device is a remote control, which comprises an actuating element to initiate said tracking. | |
|---|---|---|
| 9.1 | 9. The method according to claim 1, further comprising:<br><br>memorizing the **metadata** as a present metadata via a **memory**, whereby said memory enables scrolling through previous metadata that have already been memorized by the memory before the present metadata was memorized. | *Memorizing the **metadata** [data about video, e.g., "Ballerina"] as a present metadata via a **memory** ["Who's Watching?"], whereby said memory enables scrolling through previous metadata that have already been memorized by the memory before the present metadata was memorized.*<br><br>***metadata*** |



<https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz> © 2025

*memory*

| | | |
|---|---|---|
| | | <br><https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz> © 2025 |
| 10.1 | 10. The method according to claim 1, wherein:<br><br>the metadata is retrieved by the first device while following an indication contained in a primary metadata;<br><br>said primary metadata comprises information to retrieve further metadata or extra contents; and | |

| | said primary metadata is stored in a memory on said first device, or is retrieved during a first usage of the first device. | |
| --- | --- | --- |